# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MALCER, RICHARD C | § | Case No. 10-02148 |
| MALCER, KRISTIN E | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on             .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $

       Funds were disbursed in the following amounts:

       Payments made under an interim disbursement
       Administrative expenses
       Other payments to creditors
       Non-estate funds paid to 3rd Parties
       Exemptions paid to the debtor
       Other payments to the debtor

       Leaving a balance on hand of[1]             $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/ANDREW J. MAXWELL, TRUSTEE_____
            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (10/1/2010) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 10-02148 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MALCER, RICHARD C | | | Date Filed (f) or Converted (c): | 01/21/10 (f) |
| | MALCER, KRISTIN E | | | 341(a) Meeting Date: | 02/26/10 |
| For Period Ending: | 02/16/11 | | | Claims Bar Date: | 07/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5732 S. SAYRE AVE. CHICAGO, IL 60638 | 200,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 2. BANK OF AMERICA CHECKING | 1,000.00 | 1,000.00 | DA | 0.00 | 0.00 |
| 3. BANK OF AMERICA SAVINGS | 30.00 | 30.00 | DA | 0.00 | 0.00 |
| 4. CHASE CHECKING | 30.00 | 30.00 | DA | 0.00 | 0.00 |
| 5. FURNITURE | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 6. CLOTHING | 500.00 | 500.00 | | 0.00 | 0.00 |
| 7. 2009 ANTICIPATED INCOME TAX REFUND | 5,000.00 | 5,000.00 | | 2,546.00 | 2,454.00 |
| 8. 2008 DODGE CARAVAN | 25,000.00 | 25,000.00 | DA | 0.00 | 0.00 |
| 9. 2002 CHEVY S-10 | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 10. 1977 KAWASAKI 605 MOTORCYCLE | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 11. 1988 CADILLAC - 130,000 MILES | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 12. 2006 DODGE DURANGO | 18,000.00 | 18,000.00 | DA | 0.00 | 0.00 |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.54 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $255,660.00 | $55,660.00 | | $2,546.54 | $2,454.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-tax refund recovered

-claims reviewed - objection to "Secured" claim entered

Initial Projected Date of Final Report (TFR): 12/31/10    Current Projected Date of Final Report (TFR): 03/31/11

LFORM1  UST Form 101-7-TFR (10/1/2010) *(Page: 3)*                                                                                                        Ver: 16.01c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 10-02148 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MALCER, RICHARD C | | Bank Name: | Bank of America, N.A. |
| | MALCER, KRISTIN E | | Account Number / CD #: | 4429208706 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8655 | | | |
| For Period Ending: | 02/16/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/10 | 7 | Richard Malcer | TURNOVER OF TAX REFUND | 1121-000 | 2,546.00 | | 2,546.00 |
| 05/28/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 2,546.03 |
| 06/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,546.10 |
| 07/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.16 |
| 08/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,546.23 |
| 09/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.29 |
| 10/29/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.35 |
| 11/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,546.42 |
| 12/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.48 |
| 01/31/11 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.54 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD. ONE SHELL SQUARE 701 POYDRAS STREET, STE 420 NEW ORLEANS LA 70139 | BOND PAYMENTS Bond# 016026455 | 2300-000 | | 4.24 | 2,542.30 |

| | COLUMN TOTALS | 2,546.54 | 4.24 | 2,542.30 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 2,546.54 | 4.24 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 2,546.54 | 4.24 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - 4429208706 | 2,546.54 | 4.24 | 2,542.30 |
| | 2,546.54 | 4.24 | 2,542.30 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,546.54    4.24

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 10-02148 -JPC |
| Case Name: | MALCER, RICHARD C |
| | MALCER, KRISTIN E |
| Taxpayer ID No: | *******8655 |
| For Period Ending: | 02/16/11 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | 4429208706  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - 4429208706

| | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-02148 | | Page 1 | | Date: February 16, 2011 |
| Debtor Name: | MALCER, RICHARD C | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603<br>Tax Id: 36-3557951 | Administrative | | $636.64 | $0.00 | $636.64 |
| BOND 999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | Administrative | Filed 02/10/11 | $4.24 | $4.24 | $0.00 |
| 001<br>3110-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $2,284.00 | $0.00 | $2,284.00 |
| 001<br>3120-00 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603<br>Tax Id: 37-1501169 | Administrative | | $1.20 | $0.00 | $1.20 |
| 000001<br>070<br>7100-00 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | Filed 04/30/10 | $1,041.51 | $0.00 | $1,041.51 |
| 000002<br>070<br>7100-00 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | Filed 04/30/10 | $2,448.31 | $0.00 | $2,448.31 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 05/15/10 | $405.43 | $0.00 | $405.43 |
| 000005<br>070<br>7100-00 | GE Money Bank dba OLD NAVY<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | Filed 05/31/10 | $199.16 | $0.00 | $199.16 |
| 000006<br>070<br>7100-00 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | Filed 06/18/10 | $405.83 | $0.00 | $405.83 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 10-02148 | | Page 2 | | Date: February 16, 2011 |
| Debtor Name: | MALCER, RICHARD C | | Claim Type Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007 080 7200-00 | Citicorp Trust Bank<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Unsecured | Filed 10/20/10 | $2,201.81 | $0.00 | $2,201.81 |
| 000004 999 8200-05 | Father & Sons Home Improvement II, Inc.<br>c/o Law Office of Raphael Strzelecki<br>24 East Avenue<br>Riverside IL 60456 | Administrative | Filed 05/19/10<br>(4-1) Mechanic's Lien on 5732 S. Sayre Ave. Chicago IL 60638<br>-objection filed, order disallowing claim entered 1/11/11 | $0.00 | $0.00 | $0.00 |
| | Case Totals: | | | $9,628.13 | $4.24 | $9,623.89 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-02148
Case Name: MALCER, RICHARD C
   MALCER, KRISTIN E
Trustee Name: ANDREW J. MAXWELL, TRUSTEE

Balance on hand                                                                  $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ | $ | $ |
| 000002 | American Infosource Lp As Agent for | $ | $ | $ |
| 000003 | Chase Bank USA, N.A. | $ | $ | $ |
| 000005 | GE Money Bank dba OLD NAVY | $ | $ | $ |
| 000006 | Chase Bank USA,N.A | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Citicorp Trust Bank | $ | $ | $ |

Total to be paid to tardy general unsecured creditors    $_____

Remaining Balance    $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (10/1/2010) *(Page: 10)*