# UNITED STATES BANKRUPTCY COURT
NORTHERN ILLINOIS   DISTRICT OF   ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| MALCER, RICHARD C | § | Case No. 10-02148 |
| MALCER, KRISTIN E | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   CLERK OF THE U.S. BANKR. CT
   219 S. DEARBORN STREET
   7TH FLOOR
   CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 06/02/2011 in Courtroom 619,
   
   United States Courthouse
   219 S. Dearborn Street
   Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/06/2011          By: /s/ Andrew J. Maxwell
                                              Trustee


ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603


UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN ILLINOIS DISTRICT OF ILLINOIS

In re: §
§
MALCER, RICHARD C § Case No. 10-02148
MALCER, KRISTIN E §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,546.60 |
| and approved disbursements of | $ | 4.24 |
| leaving a balance on hand of[1] | $ | 2,542.36 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: ANDREW J. MAXWELL, TRUSTEE | $ 636.64 | $ 0.00 | $ 553.96 |
| Attorney for Trustee Fees: MAXWELL LAW GROUP, LLC | $ 2,284.00 | $ 0.00 | $ 1,987.36 |
| Attorney for Trustee Expenses: MAXWELL LAW GROUP, LLC | $ 1.20 | $ 0.00 | $ 1.04 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 4.24 | $ 4.24 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,542.36 |
| Remaining Balance | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,500.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for | $ 1,041.51 | $ 0.00 | $ 0.00 |
| 000002 | American Infosource Lp As Agent for | $ 2,448.31 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 405.43 | $ 0.00 | $ 0.00 |
| 000005 | GE Money Bank dba OLD NAVY | $ 199.16 | $ 0.00 | $ 0.00 |
| 000006 | Chase Bank USA,N.A | $ 405.83 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 2,201.81 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Citicorp Trust Bank | $ 2,201.81 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Andrew J. Maxwell
Trustee

ANDREW J. MAXWELL, TRUSTEE
105 W. Adams
SUITE 3200
CHICAGO, IL 60603

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-02148-JPC
Richard C Malcer                                                      Chapter 7
Kristin E Malcer
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: rgreen              Page 1 of 2          Date Rcvd: May 06, 2011
                              Form ID: pdf006           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2011.
db/jdb       +Richard C Malcer,   Kristin E Malcer,   5732 S. Sayer Ave.,   Chicago, IL 60638-3123
aty          +Andrew J Maxwell, ESQ,   Maxwell Law Group, LLC,   105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Jaclyn H. Smith,   Maxwell Law Group, LLC,   105 W. Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
aty          +Maxwell & Potts LLC,   105 West Adams Ste 3200,   Chicago, Il 60603-6209
aty          +Patrick A Meszaros,   Law Offices Of Patrick A Meszaros,   1100 W. Jefferson Street,
               Joliet, IL 60435-6814
aty          +Vikram R Barad,   Maxwell Law Group, LLC,   105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
14985776      Cardmember Service,   PO Box 15325,   Wilmington, DE 19886-5325
15579477      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15733774     +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
14985777     +Christ Hospital & Medical Center,   P.O. Box 70508,   Chicago, IL 60673-0508
14985778     +Chrysler Financial Services Americas, L.L.C.,   c/o Riezman Berger, P.C.,,
               7700 Bonhomme, 7th Floor,   St. Louis, MO 63105-1960
14985779     +Citi Cards,   Processing Center,   Des Moines, IA 50363-0001
16301507      Citicorp Trust Bank,   P.O. Box 140489,   Irving, TX 75014-0489
14985780     +Dell,   PO Box 6403,   Carol Stream, IL 60197-6403
14985781     +Donald J Swiatek, DDS,   3216 Kenilworth Ave.,   Berwyn, IL 60402-3003
14985782      Early Moments,   P.O. Box 191,   Montoursville, PA 17754-0191
14985783      Exxon/Mobile,   Processing Center,   Des Moines, IA 50361-0001
15603923     +Father & Sons Home Improvement II, Inc.,   28 East Avenue,   Riverside IL 60546-2101
15598085     +Father & Sons Home Improvement II, Inc.,   c/o Law Office of Raphael Strzelecki,   24 East Avenue,
               Riverside IL 60546-2101
14985784     +Father & Sons Home Improvement IL,,   28 East Ave.,   Riverside, IL 60546-2101
17065737     +HSBC Bank Nevada, N.A.(Menards),   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
14985786     +HSBC Retail Services,   PO Box 17602,   Baltimore, MD 21297-1602
14985785      Home Depot,   Processing Center,   Des Moines, IA 50364-0500
14985787     +Kim & Calvert, M.D., S.C.,   7600 West College Drive,   Palos Heights, IL 60463-1001
14985789     +Michael Butkiewicz, DDS,   6233 W. 55th St.,   Chicago, IL 60638-2530
14985790     +Oaklawn Radiology,   37241 Eagle Way,   Chicago, IL 60678-1372
14985792     +Palos Community Hospital,   Atten: Bankruptcy Dept.,   12251 S. 80th Ave.,
               Palos Heights, IL 60463-1256
14985793      Payment Center,   PO Box 17313,   Baltimore, MD 21297-1313
14985794     +Service Medical Equipment, Inc.,   PO Box 266,   Westmont, IL 60559-0266
14985795     +Southwest Dermatology, PC,   7123 West Archer Ave,   Chicago, IL 60638-2203
14985796      Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
14985797      Wells Fargo Home Mortgage,   P.O. Box 14547,   Des Moines, IA 50306-3547
14985798     +Western Hills Medical Center,   4700 W  95th St. STE 209,   Oak Lawn, IL 60453-2573
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15511437      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 06 2011 23:56:43
               American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
15656449     +E-mail/PDF: gecsedi@recoverycorp.com May 07 2011 00:02:07    GE Money Bank dba OLD NAVY,
               Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14985788     +E-mail/PDF: cr-bankruptcy@kohls.com May 06 2011 23:59:19    Kohl's Payment Center,   PO Box 2983,
               Milwaukee, WI 53201-2983
14985791      E-mail/PDF: gecsedi@recoverycorp.com May 07 2011 00:02:08    Old Navy,   PO BOX 530942,
               Atlanta, GA 30353-0942
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Andrew J Maxwell, ESQ,   Maxwell & Potts, LLC,   105 West Adams Street,   Suite 3200,
               Chicago, IL 60603-6209
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: rgreen              Page 2 of 2            Date Rcvd: May 06, 2011
                              Form ID: pdf006           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2011**                         **Signature:**       *Joseph Speetjens*