# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MALCER, RICHARD C | § | Case No. 10-02148 |
| MALCER, KRISTIN E | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW J. MAXWELL, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on             . The case was pending for     months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____      By:/s/ANDREW J. MAXWELL, TRUSTEE_____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chrysler Financial PO Box 9001921 Louisville, KY 40290-1921 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Santander Consumer USA Inc. P.O. Box 660633 Dallas, TX 75266 |  |  |  |  |  |
|  | Wells Fargo Home Mortgage P.O. Box 14547 Des Moines, IA 50306-3547 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ANDREW J. MAXWELL |  |  |  |  |  |
| INTERNATIONAL SURETIES, LTD. |  |  |  |  |  |
| MAXWELL LAW GROUP, LLC |  |  |  |  |  |
| MAXWELL LAW GROUP, LLC |  |  |  |  |  |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES |  | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cardmember Service PO Box 15325 Wilmington, DE 19886-5325 | | | | | |
| | Christ Hospital & Medical Center P.O. Box 70508 Chicago, IL 60673 | | | | | |
| | Citi Cards Processing Center Des Moines, IA 50363 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dell PO Box 6403 Carol Stream, IL 60197 | | | | | |
| | Donald J Swiatek, DDS 3216 Kenilworth Ave. Berwyn, IL 60402 | | | | | |
| | Early Moments P.O. Box 191 Montoursville, PA 17754-0191 | | | | | |
| | Exxon/Mobile Processing Center Des Moines, IA 50361-0001 | | | | | |
| | Father & Sons Home Improvement IL, 28 East Ave. Riverside, IL 60546 | | | | | |
| | HSBC Retail Services PO Box 17602 Baltimore, MD 21297 | | | | | |
| | Home Depot Processing Center Des Moines, IA 50364-0500 | | | | | |
| | Kim & Calvert, M.D., S.C. 7600 West College Drive Palos Heights, IL 60463 | | | | | |
| | Kohl's Payment Center PO Box 2983 Milwaukee, WI 53201 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Butkiewicz, DDS 6233 W. 55th St. Chicago, IL 60638 | | | | | |
| | Oaklawn Radiology 37241 Eagle Way Chicago, IL 60678 | | | | | |
| | Old Navy PO BOX 530942 Atlanta, GA 30353-0942 | | | | | |
| | Palos Community Hospital Atten: Bankruptcy Dept. 12251 S. 80th Ave. Palos Heights, IL 60463 | | | | | |
| | Payment Center PO Box 17313 Baltimore, MD 21297-1313 | | | | | |
| | Service Medical Equipment, Inc. PO Box 266 Westmont, IL 60559 | | | | | |
| | Southwest Dermatology, PC 7123 West Archer Ave Chicago, IL 60638 | | | | | |
| | Target National Bank PO Box 59317 Minneapolis, MN 55459-0317 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Western Hills Medical Center 4700 W 95th St. STE 209 Oak Lawn, IL 60453 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA,N.A | | | | | |
| 000005 | GE MONEY BANK DBA OLD NAVY | | | | | |
| 000007 | CITICORP TRUST BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-02148 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | MALCER, RICHARD C | | | Date Filed (f) or Converted (c): | 01/21/10 (f) |
| | MALCER, KRISTIN E | | | 341(a) Meeting Date: | 02/26/10 |
| For Period Ending: | 09/13/11 | | | Claims Bar Date: | 07/29/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 5732 S. SAYRE AVE. CHICAGO, IL 60638 | 200,000.00 | 0.00 | OA | 0.00 | 0.00 |
| 2. BANK OF AMERICA CHECKING | 1,000.00 | 1,000.00 | DA | 0.00 | 0.00 |
| 3. BANK OF AMERICA SAVINGS | 30.00 | 30.00 | DA | 0.00 | 0.00 |
| 4. CHASE CHECKING | 30.00 | 30.00 | DA | 0.00 | 0.00 |
| 5. FURNITURE | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 6. CLOTHING | 500.00 | 500.00 | | 0.00 | 0.00 |
| 7. 2009 ANTICIPATED INCOME TAX REFUND | 5,000.00 | 5,000.00 | | 2,546.00 | 2,454.00 |
| 8. 2008 DODGE CARAVAN | 25,000.00 | 25,000.00 | DA | 0.00 | 0.00 |
| 9. 2002 CHEVY S-10 | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 10. 1977 KAWASAKI 605 MOTORCYCLE | 100.00 | 100.00 | DA | 0.00 | 0.00 |
| 11. 1988 CADILLAC - 130,000 MILES | 2,000.00 | 2,000.00 | DA | 0.00 | 0.00 |
| 12. 2006 DODGE DURANGO | 18,000.00 | 18,000.00 | DA | 0.00 | 0.00 |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.62 | Unknown |
| TOTALS (Excluding Unknown Values) | $255,660.00 | $55,660.00 | | $2,546.62 | Gross Value of Remaining Assets $2,454.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

-filed FR w/ UST 2-17-11

-tax refund recovered

-claims reviewed - objection to "Secured" claim entered

Initial Projected Date of Final Report (TFR): 12/31/10     Current Projected Date of Final Report (TFR): 03/31/11

LFORM1

UST Form 101-7-TDR (10/1/2010) (Page: 9)

Ver: 16.02b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02148 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MALCER, RICHARD C | | Bank Name: | Bank of America, N.A. |
| | MALCER, KRISTIN E | | Account Number / CD #: | *******8706 Money Market - Interest Bearing |
| Taxpayer ID No: | *******8655 | | | |
| For Period Ending: | 09/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/12/10 | 7 | Richard Malcer | TURNOVER OF TAX REFUND | 1121-000 | 2,546.00 | | 2,546.00 |
| 05/28/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.03 | | 2,546.03 |
| 06/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,546.10 |
| 07/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.16 |
| 08/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,546.23 |
| 09/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.29 |
| 10/29/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.35 |
| 11/30/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.07 | | 2,546.42 |
| 12/31/10 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.48 |
| 01/31/11 | 13 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 0.06 | | 2,546.54 |
| 02/10/11 | 000101 | INTERNATIONAL SURETIES, LTD.<br>ONE SHELL SQUARE<br>701 POYDRAS STREET, STE 420<br>NEW ORLEANS LA 70139 | BOND PAYMENTS<br>Bond# 016026455 | 2300-000 | | 4.24 | 2,542.30 |
| 02/28/11 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,542.32 |
| 03/31/11 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,542.34 |
| 04/29/11 | 13 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,542.36 |
| 05/27/11 | 13 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.02 | | 2,542.38 |
| 05/27/11 | | Transfer to Acct #*******4869 | Final Posting Transfer | 9999-000 | | 2,542.38 | 0.00 |

Page Subtotals 2,546.62 2,546.62

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02148 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MALCER, RICHARD C | | Bank Name: | Bank of America, N.A. |
| | MALCER, KRISTIN E | | Account Number / CD #: | *******8706  Money Market - Interest Bearing |
| Taxpayer ID No: | *******8655 | | | |
| For Period Ending: | 09/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 2,546.62 | 2,546.62 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 2,542.38 | |
| | | | Subtotal | | 2,546.62 | 4.24 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,546.62 | 4.24 | |

Page Subtotals       0.00       0.00

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02148 -JPC | | Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
|---|---|---|---|---|
| Case Name: | MALCER, RICHARD C | | Bank Name: | Bank of America, N.A. |
| | MALCER, KRISTIN E | | Account Number / CD #: | *******4869 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8655 | | | |
| For Period Ending: | 09/13/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/27/11 | | Transfer from Acct #*******8706 | Transfer In From MMA Account | 9999-000 | 2,542.38 | | 2,542.38 |
| 06/06/11 | 001001 | ANDREW J. MAXWELL<br>105 W. Adams<br>SUITE 3200<br>CHICAGO, ILLINOIS 60603 | COMPENSATION - TRUSTEE<br>per court order | 2100-000 | | 553.96 | 1,988.42 |
| 06/06/11 | 001002 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TRUSTEE EXP (TR. FIRM)<br>per court order | 3120-000 | | 1.04 | 1,987.38 |
| 06/06/11 | 001003 | MAXWELL LAW GROUP, LLC<br>105 WEST ADAMS<br>SUITE 3200<br>CHICAGO, IL 60603 | ATTY FOR TR - FEES (TR. FIRM)<br>per court order | 3110-000 | | 1,987.38 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 2,542.38 | 2,542.38 | 0.00 |
| Less: Bank Transfers/CD's | 2,542.38 | 0.00 | |
| Subtotal | 0.00 | 2,542.38 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 2,542.38 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******8706 | 2,546.62 | 4.24 | 0.00 |
| Checking Account (Non-Interest Earn - *******4869 | 0.00 | 2,542.38 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 2,546.62 | 2,546.62 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 2,542.38 2,542.38

Ver: 16.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-02148 -JPC |
| Case Name: | MALCER, RICHARD C |
| | MALCER, KRISTIN E |
| Taxpayer ID No: | *******8655 |
| For Period Ending: | 09/13/11 |

| | |
|---|---|
| Trustee Name: | ANDREW J. MAXWELL, TRUSTEE |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******4869 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - ********8706
Checking Account (Non-Interest Earn - ********4869

| | | | | |
|---|---|---|---|---|
| | | Page Subtotals | 0.00 | 0.00 |

Ver: 16.02b